UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF NEW YORK

IN THE MATTER OF THE APPLICATION OF )
)
)
Paul E. Knupp, III  )   ORDER
)
)
TO BE ADMITTED TO THE UNITED STATES )
DISTRICT COURT FOR THE NORTHERN )
DISTRICT OF NEW YORK )

Upon fulfilling the requirements set forth in Local Rule 83.1 of the Northern District of

New York, ____Paul E. Knupp, III____ is hereby accepted for

☐ Permanent Admission to practice in the United States District Court for the Northern District of New York.

☒ Pro Hac Vice Admission to practice in the United States District Court for the Northern District of New York for the particular case of :
UFCW Local One Health Care Fund, et al v. Faxton-Sunset-St Luke's Health Care, 13-CV-510 .

IT IS SO ORDERED

Dated : ___July 12, 2013___

*Andrew T. Baxter* (signature)

Andrew T. Baxter
U.S. Magistrate Judge