**UNITED STATES DISTRICT COURT FOR**
**THE NORTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| **IN THE MATTER OF THE APPLICATION OF** | ) | |
| | ) | |
| Paul E. Knupp, III | ) | **ORDER** |
| | ) | |
| | ) | |
| **TO BE ADMITTED TO THE UNITED STATES** | ) | |
| **DISTRICT COURT FOR THE NORTHERN** | ) | |
| **DISTRICT OF NEW YORK** | ) | |

Upon fulfilling the requirements set forth in Local Rule 83.1 of the Northern District of

New York, _____Paul E. Knupp, III_____ is hereby accepted for

☐     Permanent Admission to practice in the United States District Court for the
Northern District of New York.

☒     Pro Hac Vice Admission to practice in the United States District Court for the
Northern District of New York for the particular case of :
UFCW Local One Health Care Fund, et al v. Faxton-Sunset-St Luke's Health Care, 13-CV-510   .

IT IS SO ORDERED

Dated : ___July 12, 2013_____

**Andrew T. Baxter**
**U.S. Magistrate Judge**